UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BCD Technology Holdings, LLC *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Paragon Micro, Inc. *et al.*, <br><br> *Defendants*. | No. 25 CV 6944 <br><br> Judge Lindsay C. Jenkins |

MEMORANDUM OPINION AND ORDER

The court intends to proceed with the evidentiary hearing as scheduled on January 14. At the hearing, the court allots roughly 3.25 to 3.5 hours per side. It anticipates hearing testimony from the following witnesses and suggests the following corresponding time limits:

*Plaintiffs' Witnesses*
1. Daniel O'Mahoney (1.5 hours for direct, 45 minutes for cross).[1]
2. Joshua Basgall (1 hour for direct, 20 minutes for cross).

*Defendants' Witnesses*
1. Todd Cowen (30 minutes for direct, 15 minutes for cross).
2. Jeff Reimer (45 minutes for direct, 20 minutes for cross).
3. Eugene Kozlovitser (30 minutes for direct, 15 minutes for cross).
4. Jacob Lysiak (30 minutes for direct, 15 minutes for cross).

The parties should alert the court if they believe any portion of a witness's testimony should be closed to the public.

Following the presentation of evidence, the court will provide time for oral arguments limited to 25 minutes per side. The court would benefit if the parties focused their remarks on the following legal and factual issues:

1. The basis for Plaintiff BCD Technology Holdings, LLC's standing as to each claim.

2. The specific confidential information Plaintiffs allege each individual defendant misappropriated or will inevitably misappropriate.

---

[1] Mr. O'Mahoney appears on both parties' witness lists. He can be called on direct examination once and cross-examined once.

1

3. The current state of damages stemming from Defendants' alleged misappropriation and the anticipated future damages if Defendants were to continue to misappropriate BCD trade secrets, including which of those future damages would be irreparable.

4. The damages stemming from Defendants' actions other than misappropriating BCD's trade secrets or confidential information.

5. The effect of the Seventh Circuit's decision in *LKQ Corp. v. Rutledge*, 96 F.4th 977 (7th Cir. 2024) on Plaintiffs' claims grounded in the non-competition agreements.

Following the hearing, the court will set a briefing schedule for proposed findings of fact and conclusions of law. The parties are responsible for submitting transcript redaction requests in the timeframe provided by the court reporter.

Enter: 25-cv-6944
Date: January 9, 2026

_____
Lindsay C. Jenkins